1058

JAMES A. MULLEN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant*, SHORELINE SCHOOL DISTRICT No. 412, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-09228-2, Carol A. Schapira, J., entered August 5, 1997. *Reversed* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.

KELLY-RYAN, INC., *Respondent*, v. FOSTER-WHEELER ENVIRONMENTAL CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-17083-8, Joan DuBuque, J., entered July 16, 1997. *Reversed with instructions* by unpublished opinion per Coleman, J., concurred in by Webster and Cox, JJ.

DEBORAH J. BANTA, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-02172-3, Richard D. Eadie, J., entered August 11, 1997. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Grosse, JJ.

CHARLES BYNUM, ET AL., *Respondents*, v. DARIUSZ KLENTAK, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-05535-2, Sharon S. Armstrong, J., entered July 24, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Baker and Ellington, JJ.